UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **JACOLBY KELLY** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:23-cv-00337** |
| § | |
| **MILLER ENVIRONMENTAL** § | |
| **SERVICES, LLC d/b/a MILLER** § | |
| **INTEGRATED SOLUTIONS** § | |
| § | |
| **Defendant.** § | |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Miller Environmental Services, LLC d/b/a Miller Integrated Solutions ("Defendant" or "Miller Environmental") files its Notice of Removal pursuant to 28 U.S.C. §1331, §1441(a) and §1446 ("Notice") from the County Court at Law No. 1 in Nueces, Texas to the United States District Court for the Southern District of Texas, Corpus Christi Division, and respectfully states the following as grounds for removal:

### I.   FACTUAL SUMMARY AND BASIS OF REMOVAL

1. On 11/28/23, Plaintiff, filed a lawsuit styled *Jacolby Kelly v. Miller Environmental Services, LLC d/b/a Miller Integrated Solutions*, Cause No. 2023CCV-61503-1, in the County Court at Law No. 1 in Nueces County, Texas.  Plaintiff asserted as his only cause of action, a claim for race discrimination under the federal statute, 42 U.S.C. §1981.  As this lawsuit is based on a federal statute, this Court has federal question jurisdiction under 28 U.S.C. §1331.

2. Plaintiff's Employer was Miller Environmental Services, LLC d/b/a Miller Integrated Solutions.  Defendant's Registered Agent for Service, CT Corporation, accepted service on behalf of Defendant on 11/30/23.  Accordingly, this Notice is being filed within the 30 day deadline imposed by 28 U.S.C. §1446(b).

3. Venue is proper in this district under 28 U.S.C. §1441 because this district and division embrace the place in which the removed action has been pending.

4. There is only one Defendant in this case, which consents to removal.

5. Defendant is promptly filing a copy of this Notice of Removal with the clerk of the County Court in which this case is pending, County Court at Law No. 1 in Nueces County, Texas.

6. Plaintiff's Petition involves issues arising under the Constitution and laws of the United States. Plaintiff alleges that during his employment with Miller Environmental, he was subjected to race discrimination in violation of Section 1981 of the Civil Rights Act. 42 U.S.C. §1981. (See Exhibit A attached). Plaintiff's Petition does not assert any state law claims.

7. Therefore, this matter is removed to this Court based on federal question jurisdiction as permitted by 28 U.S.C. §1331, §1441 and §1446.

8. In accordance with Local Rule 81, attached to this Notice are the following documents:

   (1)   all pleadings asserting causes of action, along with all other documents included in the stat court file, attached as Exhibit "B"

   (2)   docket sheet, attached as Exhibit "C", and

   (3)   a list of all counsel of record, including addresses, telephone numbers, and parties represented, attached as Exhibit "D".

No executed processes have been filed with the Nueces County Court and no docket control order has been issued as of the date of this filing.

## II.   JURY DEMAND

Plaintiff has not demanded a jury trial.

## III.   PRAYER

WHEREFORE, Defendant respectfully requests that this state case be removed from the County Court at Law No. 1 in Nueces County, Texas to the U.S. District Court for the Southern

District of Texas, Corpus Christi Division pursuant to 28 U.S.C. §1331, §1441(a) and §1446, and that this Court assume jurisdiction over the state court case.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Laura E. De Santos*
Laura E. De Santos
TBN: 00793612
SD Bar No. 19328
ldesantos@grsm.com
Robin Foret
TBN: 07256580
SD Bar No. 31159
rforet@grsm.com
1900 West Loop South, Suite 1000
Houston, TX  77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Mr. Israel Garcia Perez, III
Ms. Gabriela Linda Lopez
ISRAEL PEREZ LAW, PLLC
P.O. Box 260
Fate, Texas 75132
(469) 897-4000
Israel.Perez@IsraelPerezLaw.com

**ATTORNEY FOR PLAINTIFF**

*/s/Robin Foret*
ROBIN FORET