United States District Court
Southern District of Texas

**ENTERED**
July 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JACOLBY KELLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00337 |
| | § | |
| MILLER ENVIRONMENTAL | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulated Dismissal of Claims (D.E. 9), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on July 9, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE